JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOWARD JOHNSON aka JOHN BLEDSOE, | ) | Case No. CV 08-2208-TJH (JCR) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| D.L. RUNNELS, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Dismissing Petition Without Prejudice as a Second and Successive Petition,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 7/14/08

_____
TERRY J. HATTER, JR
Senior United States District Judge